SUSAN BENNETT, as Administratrix, etc., Respondent, v. WILLIAM M. CONNELLY, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

NICHOLAS CAROTA, Appellant, v. IRVING MAX and Another, Respondents, Impleaded with Others.— Motion for reargument denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MICHAEL CORCORAN, Respondent, v. HUNTINGTON LUMBER AND COAL COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

HARRY CRAM, an Infant, by J. SERGEANT CRAM, as Guardian ad Litem, Respondent, v. WHEATLEY HILLS NATIONAL BANK, Appellant.— Motion for stay granted on condition that appellant perfect the appeal for Monday, June 2, 1924 (for which date the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

CHARLES JAY DAVIS, JR., an Infant, etc., Respondent, v. JOHN F. ERDMANN and Others, Appellants.— Motion for stay of examination before trial granted on condition that appellants perfect the appeal for the June, 1924, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MARY E. DIXON, Respondent, v. EDMUND D. DIXON and Others, Appellants.— Motion to dismiss appeal denied, on condition that appellants perfect the appeal for the October, 1924, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MARY DONOVAN, Respondent, v. JOHN E. DONOVAN and Others, etc., Appellants.— Motion for stay granted on condition that defendants, within ten days, file a surety company bond in the sum of $2,000, conditioned for the payment to plaintiff, respondent, of any damages caused by the stay, and costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ABRAHAM FELDMAN and Another, Respondents, v. ABRAHAM LISANSKY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

NATHAN GOLDSTEIN, Respondent, v. ANNA COHN, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

NATHAN HYMAN, Respondent, v. HUNTINGTON LUMBER AND COAL COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.